**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| K.MIZRA LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| AT&T CORP., AT&T | § | |
| COMMUNICATIONS LLC, AT&T | § | CIVIL ACTION NO.  2:21-CV-00241-JRG |
| MOBILITY, AT&T MOBILITY II LLC, and | § | (LEAD CASE) |
| AT&T SERVICES, INC., | § | |
| | § | |
| *Defendants*, | § | |
| | § | |
| ERICSSON INC., | § | |
| | § | |
| *Intervenor-Defendant.* | § | |

| | | |
|---|---|---|
| v. | § | |
| | § | |
| T-MOBILE US, INC., T-MOBILE USA, | § | |
| INC., and SPRINT CORP., | § | |
| | § | |
| *Defendants*, | § | CIVIL ACTION NO.  2:21-CV-00242-JRG |
| | § | (MEMBER CASE) |
| ERICSSON INC., | § | |
| | § | |
| *Intervenor-Defendant.* | § | |

| | | |
|---|---|---|
| v. | § | |
| | § | |
| CELLCO PARTNERSHIP d/b/a VERIZON | § | |
| WIRELESS, VERIZON CORPORATE | § | |
| SERVICES GROUP INC., and VERIZON | § | CIVIL ACTION NO.  2:21-CV-00243-JRG |
| ONLINE LLC, | § | (MEMBER CASE) |
| | § | |
| *Defendants*. | § | |
| | § | |
| | § | |

## ORDER

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Plaintiff K.Mizra LLC ("K.Mizra") and Defendants AT&T Corp., AT&T Communications LLC, AT&T Mobility, AT&T Mobility II LLC, and AT&T Services Inc. (collectively, "AT&T"); T-Mobile US, Inc., T-Mobile USA, Inc., and Sprint Corp. (collectively, "T-Mobile"); Cellco Partnership d/b/a Verizon Wireless, Verizon Corporate Services Group Inc., and Verizon Online LLC (collectively, "Verizon"); and Intervenor-Defendant Ericsson Inc. ("Ericsson") (collectively, the "Parties"). (Dkt. No. 101.) In the Motion, the Parties jointly move to dismiss the above-captioned actions, and they stipulate that (1) "Plaintiff K.Mizra dismisses its claims of infringement of U.S. Patent No. 8,958,819 (the ''819 patent') in the above-captioned actions *with prejudice* as to any products or services made, used, sold, offered for sale, or imported by Defendants and/or Intervenor-Defendant Ericsson through the date of dismissal"; (2) "Defendants AT&T, T-Mobile, Verizon, and Intervenor-Defendant Ericsson will dismiss all counterclaims, to the extent asserted, *without prejudice*"; (3) "Each of Defendants AT&T, T-Mobile, Verizon, and Intervenor-Defendant Ericsson acknowledge that Plaintiff K.Mizra retains the ability to bring future claims for infringement of the '819 patent based on products and/or services deployed after the date of dismissal, to the extent such products and/or services materially differ from those made, used, sold, offered for sale, or imported by Defendants and/or Intervenor-Defendant Ericsson through the date of dismissal"; and (4) "Each Party shall bear its own fees and costs." (*Id.* at 2 (emphasis original).)

Having considered the Motion, and noting its joint nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims brought by K.Mizra against Defendants AT&T, T-Mobile, and Verizon, and Intervenor-Defendant Ericsson in Case Nos. 2:21-cv-00241-JRG, 2:21-cv-00242-JRG, and 2:21-cv-00243-JRG be dismissed **WITH PREJUDICE**, and that all counterclaims asserted by Defendants AT&T, T-Mobile, and

Verizon, and Intervenor-Defendant Ericsson be dismissed **WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in Case Nos. 2:21-cv-00241-JRG, 2:21-cv-00242-JRG, and 2:21-cv-00243-JRG not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Case Nos. 2:21-cv-00241-JRG, 2:21-cv-00242-JRG, and 2:21-cv-00243-JRG as no parties or claims remain.

**So ORDERED and SIGNED this 7th day of March, 2024.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE